# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: _____11-962 M_____

2) Defendant's Name: ____FOSTER_____RICHARD_____G._____
            (Last)      (First)     (M.I.)

3) Age:_____

4) Title:_____ Section(s):_____

5) Citizen of:_____ Needs:_____Interpreter

6) Arrest Warrant Issued:_____ Date and time of arrest:_____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: __X__ Yes ____No   Other District: __W.D. of PA__

8) Name of Interpreter used today:_____ Language:_____

9) Arraignment on complaint held: __X__ Yes ____No   Date/Time: _____9/26/11_____

10) Detention Hearing Held:____ Bail set at:_____ ROR Entered:____ POD Entered:____

11) Temporary Order of Detention Entered:____ Bail Hearing set for:_____

12) (a) Preliminary Hearing set for:_____; or waived:_____

  (b) Removal Hearing set for:_____; or waived:_____

  (c) Status Conference set for:_____

13) ASSISTANT U.S. ATTORNEY: ____DARREN LAVERNE_____

14) DEFENSE COUNSEL'S NAME: ____PETER KIRCHHEIMER_____
  Address:_____
  Bar Code:_____ CJA:____ FDNY: _X_ RET:____
  Telephone Number:(____)_____

15) LOG #: __406-414__   MAG. JUDGE: __ROANNE L. MANN__

16) ____ Defendant was advised of bond conditions by the Court and signed the bond.
  ____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
  ____ Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings: _Temporary order entered. Bail hearing set for 9/28/11 @ 11am._

17) Complaint/Affidavit/Indictment unsealed:____Yes ____No

SO ORDERED ON THIS _____ DAY OF _____, 20__

_____
UNITED STATES MAGISTRATE JUDGE